# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TYLER HARRIS,

    Plaintiff,

v.

FRSO CORPORATIONS,

    Defendant.

Case No. 2:24-cv-01135-JAD-MDC

**Order**

In light of United States District Judge Jennifer A. Dorsey's order granting in part Defendant's motion to dismiss, Docket No. 31, the early neutral evaluation set for October 15, 2024, is hereby **VACATED**. If the parties wish to engage in an early neutral evaluation after Defendant has responded to Plaintiff's amended complaint and initial disclosures have been exchanged, the parties must file a stipulation with five dates on which all necessary participants are available.

IT IS SO ORDERED.

Dated: October 1, 2024

_____
Nancy J. Koppe
United States Magistrate Judge